Our next case is Netlist, Inc. v. Samsung Electronics Co., Ltd., docket number 24-1859. Counselor Husham, you have reserved five minutes of your time, is that correct? Sir, you have reserved five minutes? Yes, I have reserved five minutes, thank you. Thank you, and it may please the court, I'm going to address the 918-054 IPR. The claims in those patents require voltage converters on the DIMM itself that get power from the host system through an edge connector, and that's a critical limitation because standard DIMMs get their power through an edge connector, so if you want to be compatible with the standard DIMM, you need to be able to get your power through the edge connector. I want to start with Harris, which actually teaches you the opposite of what the claim requires. Harris says, Harris teaches a DIMM that has voltage converters on the DIMM, but instead of powering it from the edge connector so that you can plug it into a standard motherboard, what Harris teaches is that you plug it from a, quote, external power source with a different connector, and Harris is very clear that this external power source, which is undisputed that that's what Harris's figure 1A is relying on, is different than the motherboard power source that's delivered through the standard edge connector. If you look at paragraphs two and three of Harris, it contrasts the prior art, which is the, quote, standard memory modules powered from system board. Can you give us the page number? Oh, sorry. That is page 4674 of the appendix, and so it's paragraph two right there in about, you know, right below the middle line, it says, sorry, where is it? It becomes, yeah, so standard memory modules are powered from, quote, system board or main board voltage sources. Where are you reading from? This is paragraph two on appendix 4674. It's about, say again? Where in that paragraph? It's right in the middle, about 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11 lines down, right? It's talking about standard memory modules that are powered from system board or main board voltage sources, and then in the next paragraph, it describes the invention in paragraph three, and it says on the third line of the next paragraph that the invention has a power supply that gets power from a, quote, external source, so it's talking about the prior art system board or main board voltage sources in contrast to the external source of the  Didn't the board rely on the background, though, as much as it relied on the invention of Harris? Yes, and so that is going to the combination issue. So the parties agree here that what the board did is the petition relies on Harris's figure 1A, and what the board said is, well, it doesn't matter where figure 1A gets the power. Skilled artisans would know that a conventional DIM gets power from the motherboard, and so they would use that teaching. They would modify Harris, and there's a number of problems with that. First of all, Harris, this court's precedent makes clear cases like Blefax. If you are taking multiple embodiments even within the same reference, you have to have a motivation for why you would do that, so if Harris is teaching getting power from an external source, and the board is saying, well, you could get, based on the background of Harris, power from the motherboard, it had to supply a motivation, and as we explained in our brief, the board never gave a motivation to make that change, and there's good reasons. There's not a motivation that is apparent here. When you make that change, you're actually changing Harris's system quite a bit. So in a conventional DIM, there is a power converter on the motherboard that's delivering voltage through the edge connector to the components on the DIM, but if you then, what Harris does is it puts a power converter on the DIM itself. If you then make the board's modification, and then you power that converter from the motherboard, you're introducing two levels of conversion. You're converting it on the motherboard, you're delivering it through the edge connector, and you're converting it again on the DIM, and if you look at, for example, the appendix 8637, these converters are not perfectly efficient. Every time you go through a conversion step, they're only 70% to 85% efficient, these PWM converters. So in the combination that the board did... Efficiency in what? Delivery power? Yes. You start out with a certain amount of power, you lose 25% or 15% on the motherboard converter, you lose another 15% on the DIM. So it's not apparent why skilled artisans would introduce these multiple levels of regulation, but more importantly, if the board thought that skilled artisans would do this, as Judge Stark said, relying on the background to take part of the background prior art, and then also part of Harris's figure 1A and combine them, it needed to identify some sort of motivation. Samsung could have provided evidence saying skilled artisans would make this change, but there's nothing in the record on that. More importantly, Harris teaches you not to do that. So what Harris does is it starts with the conventional DIM that gets power from the motherboard, and it introduces a change. It dispenses with the motherboard power, it puts the voltage converter on the motherboard itself, and it says, get the power from an external source, and it teaches all sorts of reasons for that, that has benefits, it improves upgradability, it improves the component. So what the board is saying that skilled artisans would have been motivated to do is take Harris, Harris starts with the standard FBDIM, makes these changes, and the board is saying, well, skilled artisans would have changed part of Harris back to the old way of doing it. And we think Harris teaches away from doing that because it is telling you not to use the motherboard power supply, but instead to use this external power supply, which in paragraphs 2 and 3 is very clearly referring to something other than a motherboard source. And the board just doesn't address that, it doesn't give any kind of rationale for the motivation at all. In addition, there is a suggestion by Samsung in its brief that what Harris does is actually doesn't eliminate the motherboard power source, but instead Harris's figure 1A DIM actually gets a 12-volt power source from the motherboard, and that argument is really based on a statement by the board that's just doubly erroneous. And I ask the court to please just turn to page 49 of the appendix that's in the same volume where Harris is. That's in the blue? It's also in the blue brief. It's the board's decision in appendix 49. So if you look at 1, 2, 3, 4, about seven lines down, the board says, Harris's teaching of replacing power supply interface pins with as few as six 12-volt pins, and it ends the quote right there, means that those pins take the place of the 72 pins in the interface implying that power still comes from the interface with the host system. The problem with that finding is that the board omitted the parenthetical that appears in Harris right after 12-volt pins, right? In Harris it says you replace the pins on the connector with 12-volt pins from an external source, and the board omits that parenthetical, which makes clear you're not just changing the number of pins, you're changing the source of the power. And so the board, by overlooking that, just fundamentally misread what Harris is doing. And there's actually a second mistake. If the court looks at appendix 50, the second paragraph, four lines or three lines down, the board thought that the reason that Harris got 12-volt power from the FB-DIMM, the FB-DIMM is the standard that Harris starts with. It starts with FB-DIMM, and then it changes it by changing it to an external source. What the board said is, quote, the experts agree that it was common at the time for the host system to provide the regulated 12-volt power supply to the FB-DIMM, and commercially available devices are in evidence. And so the board thought that Harris maybe got 12-volt power from the FB-DIMM connector, because it thought it was common in FB-DIMM motherboards to provide that 12-volt power. But that's just incorrect. You can actually look at the FB-DIMM standard, which is at the appendix at... So show me what's your best evidence that Harris's external source is external to the entire system? I think the relevant question here is the claim requires getting the power through the edge connector, and so we only need it to be external to the motherboard. What's the evidence? So I think the evidence is two pieces. One, if you look at paragraphs two and three, the only place where Harris talks about a source of voltage is system board and main board voltage sources in paragraph two, and then in paragraph three, contrast that with the invention's external power source. And so external, the work that the word external is doing, is to contrast it with the system board and main board voltage sources. And there's no dispute, there's no argument from the other side that the edge connector can deliver power from something other than the system board or main board voltage source. But is there anything in Harris that restricts the source of that supply to something other than the host system? I think what Harris, what restricts... No, just answer my question. Harris, the word external, so anything that comes within the meaning of the word external is... External to the module, not necessarily external to the overall system. I think that doesn't make sense because in Harris, any power source would be external to the module, and it wouldn't really make sense for Harris to identify something as an external voltage source when the motherboard voltage source is also external to the module. So if it's comparing the system board or main board voltage sources in paragraph two to the external voltage source, they're both external to the module. So that can't be the reason that Harris uses those two different terms. You may think it doesn't make any sense, and maybe you're right, but I don't see anything that restricts it. I agree that other than the word external, Harris doesn't say that the voltage source must be something else other than using the word external. And also figure 1A... Well, it doesn't use the word local. Say again? It doesn't use the word local. I think... So Harris, if you look at paragraphs two and three, it's using the word external in contradistinction to system board and main board voltage sources. It doesn't ever talk about a local voltage source. Anywhere that Harris talks about local voltages, it uses the term local voltage level. And so anywhere that Harris is talking about sources is system board sources versus the external source. I just want to close the loop on this 12 volt. You can potentially read the board is saying that there's 12 volts going to Harris's FB DIMM. As I said, that's just based on everybody, all of the experts agree. Our expert at 9518 says, quote, a conventional system board would not supply 12 volts to the FB DIMM. And Samsung's experts said the same thing in appendix 9286. And I think a key point here is Samsung doesn't defend that board's error at all. If you look at page 35 of Samsung's brief, Samsung quotes the board's opinion that says... You're into your rebuttal time. Oh, okay. I will reserve my time. Thank you. Okay. We'll restore you back to your four minutes. Yes, Your Honor. May it please the court, Elliot Williams for Samsung. The problem in this case is that the whole theory of the appeal is just based on an attorney disagreeing with factual findings that the board made from the evidence of record. It's important to also note that the board, in analyzing all of ground one, expressly found that it was relying on Dr. Wolf's testimony, who, you know, that was our expert, obviously, below. Finding that it supported our interpretation of Harris, but the board made its own factual findings about what the Harris disclosures mean, and they expressly reject the interpretation that you're hearing from my friend on the opposite side here today. Turning, for instance, to page 47 of the appendix. This is in the final written decision. Here the board looks at figure three from Harris. This is what Harris actually shows. The annotation that was provided by Petitioner there is just the red boxes to show the edge connectors that are in Harris, and the board looks at that figure and says, from this figure above, Petitioner shows that Harris's memory modules, 306-1 to 306-M, are connected to the memory controller only through the edge connections boxed in red, meaning that the power must come from those edge connections. The board looks at the figure and says, this is what Petitioner argues, and we agree. They say, Petitioner's expert, this is going down a few lines towards the end of that section, Petitioner's expert, Dr. Wolf, explained that it was common for the host to supply power through edge connectors alongside memory controller signals. Very clearly, the board looks at Harris and says, nope, I see the power coming in through these edge connections. Now what Harris does is instead of taking four different types of power from the motherboard, it only takes one. So Harris is saying, instead of having these four different voltage levels that you need, just give me one voltage level into the memory module, I will convert it to the particular voltages that I need for the devices that are actually on the memory module. This makes it easily to extend. You can then just replace the memory modules anytime you have a new version of memory and just use the same power from the motherboard without having to make changes to the motherboard. That's all Harris does. The board understood that perfectly well and reached the conclusion that that's all that was necessary to teach the claimed embodiments. Also turning then to paragraph page 49 of the final written decision, this is the exact same section that my friend was referring the court to. You see there, they make that same interpretation of what Harris's teachings are. So this is the paragraph that begins considering the foregoing. And if you skip down three or four lines, you'll see there that they talk about Harris's  Harris's teaching of replacing power supply interface pins with as few as six positive 12-volt pins means that those six pins take the place of the 72 pins in the interface, the interface there being obviously the edge connector interface, implying the power still comes from the interface with the host system. So the board is just clearly making a factual finding about how a person of ordinary skill in the art would interpret the disclosure in the prior art. That is its job as the fact finder. There was substantial evidence to support that interpretation, not only from the express disclosure of Harris itself, but Dr. Wolfe, our expert, who the board expressly credited. And based on that finding, there's clearly substantial evidence to support the board's conclusion that edge connectors supply the power connection as required. What does the board say about motivation to combine, I guess, Harris with an FBDIM? Yeah. Yeah, let me address that. Thank you, Your Honor. So the motivation to combine that was provided in the petition had to do with the fact that Harris talks about FBDIM. It says specifically that the DIMs in his modules can be FBDIMs. He doesn't tell you exactly which voltages that you would need to generate. And it was for that reason that the petition turned to the FBDIM standards itself, which give you the precise voltages that are necessary. It shows you that there are at least four of them that you would need to generate, which is what provides the motivation for having four buck converters on the module. But as to this issue, as to using the edge connectors, the petition expressly relied on both Harris and FBDIM because they both teach the same thing. They both teach this edge connector interface. And that's exactly what the board found. The board found that both Harris and FBDIM teach an edge connector interface to receive power. So there was no modification of Harris that was necessary in order to get to this element of the claim. Even if there's no need to modify, don't we need a motivation? Oh, yeah. Sorry. Yes. So the motivation is just that Harris itself tells you that my technique can be used with FBDIMs. So that's the motivation he needs. Well, let me look and see what FBDIMs are. Can you show me where the board makes that finding? Oh, sure. Yeah. Absolutely. Although, honestly, I don't even think that one is challenged here because it is just so clear in Harris itself. But, yeah. Hang on a second. Okay. So it starts at page... I'm sorry. I'm looking, actually, at the 054 Final Written Decision. Let me just use 918 instead. Okay. So this begins at page 22. The board starts its analysis... What page? 22A, appendix page 22. So the very first sentence, the board articulates what we said in the petition, right? Petitioner contends that a person of ordinary skill in the art would have been motivated to combine Harris with the FBDIM standards with a reasonable expectation of success because Harris states that its figure 1A may be a fully buffered DIM, which is FBDIM. And then we go on to talk about how a person of skill in the art would have understood this because they would have been aware of the JEDEC standards. And then it gets into the... As I mentioned, there's various different voltage levels that you would need to generate. And how about on the point of whether the source of the voltage is external and what it's external to? Where does the board make a finding in the context of motivation to combine on that point? Yeah. Okay. So that would be starting around that same section I was at earlier, starting around page 47. Where the board... I mean, that whole section, I should say, Judge Stark, starts at page 843. It's like five pages of analysis here on this question. So my short answer is start at page 43 and read to page 50, and it's in there. But I guess to get to your specific question, where does it say that it's external to the module? I'm not sure if they ever articulate it in quite that language, but it is very clear that they reject all of Petitioner's... Sorry, Pattener's arguments. How about at the very end, that last paragraph on 50? Petitioner indicates FD-DIMM standards show the buffer A and B may be connected to a host, suggesting that FD-DIMM derives its power from the host. Is that helpful? Absolutely. I mean, yeah, that's one section. I would point you... I mean, I would start, actually, on page 47 that I read to you before, where the board looked at Parris and said, look, I look at figure 3. There's only one place the power could be coming from. It's the edge connector, right? And the edge connector is connected to only one thing. It's the motherboard. Look at the first paragraph on that page on 50. Yeah, Parris further teaches at the external... That one? That paragraph, yeah. They do have an interpretation there, yeah. This means there may be more than one multiple supply as Petitioner contends, which may be the host system and a backup source, for example. And then, again, they refer to Dr. Wolf's testimony expressly reciting what he said, which is when... He's here interpreting what Harris' statement is, right? He's saying, Harris' statement that system board power supply and associated voltage planes are eliminated means that supplies such as the memory and the VDD and the memory BCC that are specific to particular generations of memory chips can be supplied on the DIMM. That's the module itself, rather than supplied from the motherboard. This doesn't say... I mean, at no point does the board say there's an external source outside the motherboard at all, right? It makes very specific findings. No. The voltage source coming into these DIMMs in Harris is coming from the motherboard. Via that edge connection, there is no other teaching. We heard about multiple levels of conversion that would be necessary. What do you say to that? Yeah, well, first of all, that argument is, I don't even think, in the briefs. But even if that were true, it wouldn't make the system not work. I mean, obviously, Harris was well aware of the energy... It might essentially teach away from this combination, would it not? Again, Harris doesn't... Well, it depends on what combination you're referring to. Harris is aware of the energy conversion requirements when changing voltages. He builds that into his system. That's why he has multiple voltage converters on the memory module itself to take the voltage from the rails coming over that motherboard rail and convert it to the voltages he needs. But I don't think Harris even ever talks about making voltage conversion on the motherboard. In fact, if you look at Harris Paragraph 20... Harris Paragraph 20, it's on page 4676 in Volume 1. Paragraph 21? Paragraph 20. 20. 20 on 4676. This is because voltage-independent embodiments, disclosed herein, can provide upgradability and extensibility without changing system board power distribution. Transitioning to newer DRAM technologies, e.g. at a lower operating voltage, is more cost-effective as well as simpler to implement. Further, the embodiments are amenable to dual positive 12-volt power supply rail implantations so that industry-standard form factors can be advantageously accommodated. Here he's expressly telling you, yeah, just give me the 12-volt power supply. Give me the 12 volts. It's coming from a power supply, going through the motherboard, into the device. That's all Harris needs to work. So there's no modification necessary. Unless there were any other issues in the briefing, this could report one of these. I'm happy to just get back to you. Thank you. We're still in your four minutes. Thank you. I want to start by addressing my colleague's point that the board found that there was no modification to Harris that's necessary. I think that's inconsistent with how they briefed the issue. If you look at page 3 of the red brief, it says that the board combined, Judge Stark, as you observed, the FBDIM standard with Harris. The argument that Harris itself teaches getting power from the motherboard, standing alone, is not how the board phrased it. But I'd like to just turn to the board's decision in Appendix 49, and we can just kind of walk through it. The second paragraph where it says, considering the foregoing where it starts, that first sentence, the second sentence there of the third line says, Harris states that DRAM devices may be powered from system board or main board voltage sources. So that's talking not about Harris's invention. That's talking about the prior art. And then it acknowledges that our argument is that Harris teaches away from doing that. And it says, although this is presented in the background of Harris, and patent owner argues that this is the technology over which Harris seeks to improve, it is nonetheless information that a person of ordinary skill in the art would have known. And so here, the board seems to imply, not that Harris itself necessarily teaches getting power from the motherboard, but regardless of what Harris teaches, skilled artisans would know that you could get power from the motherboard. But there's actually, insofar as Samsung now says, that you can just get it from the board's findings. There's two really major problems with those findings. The very next sentence where it says, Harris's teaching of replacing power supply interface pins with as few as six 12-volt pins means that those six pins take the place of the 72 pins on the interface, implying that power still comes from the interface with the host system. So there, the board omits what Harris actually says in that paragraph 12 that's being quoted. There is a parenthetical right after the word pins that says, from an external source. So the board's finding here is omitting the key language in paragraph 12. And my colleague over here just said... And this is a factual finding on the board, right? This is a factual finding, but I think... So this is subject to substantial evidence. I think it's not substantial evidence where the board makes a finding that omits a key portion of what the reference says. Why wouldn't we assume instead that the board saw the parenthetical and didn't understand external to mean what you insist it means? I think there's a good reason for that, and my colleague kind of alluded to it at the end of his argument, is that the board, and if you look at appendix 50, at the second sentence in the second paragraph on appendix 50, the board says, the experts agree that it was common at the time for the host system to provide the regulated 12-volt power supply to the FB DIMM. So it's saying that the power supply, that the FB DIMM is already getting 12 volts from the motherboard. And my colleague said that Harris just teaches, get those 12 volts that's already coming into the FB DIMM, and then use it to power the power converter. The problem is, that is a, it's not only an error, it's an undefended error. So the FB DIMM spec at appendix 5038 clearly does not show 12 volts. Our experts said, quote, a conventional system board would not supply 12 volts to the FB DIMM, this is appendix 9518. And Samsung's experts said the exact same thing at appendix 9286 and 9291. And where Samsung addresses this in their brief at appendix, sorry, at page 35 of the red brief, Samsung quotes the board's statement, right, that says, it was common at the time for the host system to provide the regulated 12-volt power supply to the FB DIMM. But on page 35 of their red brief, they omit the words to the FB DIMM, right, and then cite a bunch of irrelevant testimony and evidence about providing 12-volt power to graphics cards and other things like that. And so this is a factual finding by the board that Samsung itself doesn't defend. It has to kind of rewrite the finding to mean something else. The FB DIMM, conventional FB DIMM, did not supply 12-volt power. Thank you. All right, thank you very much. Thank the party for the argument.